

# Notice of Service of Process

null / ALL
Transmittal Number: 25504288
Date Processed: 09/06/2022

| | |
|---|---|
| **Primary Contact:** | Tracy Adair<br>AMERICAN AIRLINES, INC.<br>1 Skyview Dr<br>Md 8B503<br>Fort Worth, TX 76155-1801 |

| | |
|---|---|
| **Entity:** | American Airlines, Inc.<br>Entity ID Number 4333094 |
| **Entity Served:** | American Airlines, Inc. |
| **Title of Action:** | Devon Harris vs. American Airlines, Inc. |
| **Matter Name/ID:** | Devon Harris vs. American Airlines, Inc. (12897248) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Oklahoma County District Court, OK |
| **Case/Reference No:** | CJ-2022-4269 |
| **Jurisdiction Served:** | Oklahoma |
| **Date Served on CSC:** | 09/02/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | HCA Legal Group, P.L.L.C.<br>405-478-1188 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

**EXHIBIT 2**

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
IN AND FOR THE STATE OF OKLAHOMA

DEVON HARRIS, )
)
      Plaintiff, )
)
v. ) CASE NO. CJ-2022-4269
)
AMERICAN AIRLINES, INC. )
)
      Defendant. )

## SUMMONS

To the above named Defendant:

**AMERICAN AIRLINES, INC.**
**C/O CSC GLOBAL**

You have been sued by the above-named Plaintiff and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 31st day of March, 2022. RICK WARREN, Court Clerk

OKLAHOMA COUNTY COURT CLERK

By: _____
Deputy Court Clerk

John D. Coury, OBA #15445
HCA Legal Group, P.L.L.C.
825 East 33rd Street
Edmond, Oklahoma 73013
405.478.1188 - Telephone
405.478.5501 - Facsimile
*Attorney for Plaintiff*

This Summons was served on _____.
                            (Date of Service)

_____
(Signature of person serving Summons)

YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

**EXHIBIT 2**

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
# STATE OF OKLAHOMA

| | |
|---|---|
| DEVON HARRIS, | ) |
| Plaintiff, | ) |
| | ) CJ-2022-4269 |
| vs. | ) CASE NO.: |
| AMERICAN AIRLINES, INC. | ) |
| Defendant. | ) |

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG 3 1 2022

RICK WARREN
COURT CLERK
42_____

## PETITION

COMES NOW the Plaintiff, DeVon Harris, and for her cause of action against the Defendant, American Airlines, Inc., alleges and states as follows:

1. On or about July 28, 2022, the Plaintiff traveled on the Defendant's Airline from Oklahoma City, Oklahoma to Cancun, Quintana Roo, Mexico.

2. The Plaintiff checked luggage which included one Chanel Tote Bag and a Roberto Coin Necklace. These items were missing from her luggage once it was returned by the Defendant to her in Mexico.

3. As a result of the stolen or lost items by the Defendant, the Plaintiff has sustained damages in the amount of $5,995.00 for the replacement cost of the Chanel Tote Bag and $2,050.00 for the replacement cost of the Roberto Coin Necklace for a total of $8,045.00.

**WHEREFORE**, the Plaintiff, DeVon Harris, prays this Court enter a Judgement against the Defendant, American Airlines, Inc., in an amount in an amount in excess of $10,000.00, together with cost, interest, attorney fees, and any other such relief this Court deems just and reasonable.

**EXHIBIT 2**

_____
JOHN D. COURY, OBA #15445
825 E. 33rd
Edmond, OK 73013
(405) 478-1188
(405) 478-5501 fax
Johndcoury@yahoo.com
Attorney for Plaintiff
DeVon Harris
EXHIBIT 2

HCA Legal Group, P.L.L.C
Attorneys & Counselors
825 East 33rd Street
Edmond, OK 73013-5407

CERTIFIED MAIL

7022 0410 0001 8717 9043



U.S. POSTAGE PAID
FCM LETTER
EDMOND, OK
73013
AUG 31, 22
AMOUNT
**$7.85**
R2303S102075   -09

RETURN RECEIPT REQUESTED

AMERICAN AIRLINES, INC.
C/O CSC GLOBAL
10300 GREENBRIAR PL.
OKLAHOMA CITY, OK 73159

73159-765399

EXHIBIT 2